Before the Second Division, December 14, 1939

**No. 42847.**—Protests 4057–K, etc., of Keuffel & Esser Co. (New York).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel that the merchandise consists of jewelry boxes similar to those the subject of Abstract 40605 the claim at 5 cents per pound and 20 percent ad valorem under paragraph 1405 was sustained.

Before the Third Division, December 14, 1939

**No. 42848.**—Protests 957601–G, etc., of Kaufmann Dept. Stores, Inc., et al. (Pittsburgh, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 42849.**—Protest 687405–G of Pacific Trading Co. (San Francisco).

Opinion by EVANS, J. It appeared that the mandarin oranges in question are the same as those involved in Abstract 32355. The claim at 1 cent per pound under paragraph 743 was therefore sustained.

**No. 42850.**—Protests 5899–K, etc., of Nippon Sauce Mfg. Co. (Los Angeles).

Opinion by EVANS, J. On the evidence presented the claim at 20 percent under paragraph 1558 was sustained. Abstract 40986 cited.

**No. 42851.**—Protest 998522–G of Garguilo & Amendola, Inc. (New York).

Opinion by EVANS, J. On the record presented the protest was overruled.

**No. 42852.**—Protests 751865–G, etc., of Alliance Distributors, Inc., et al. (New York).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 42853.**—Protest 991401–G of F. W. Woolworth Co. (Boston).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (T. D. 47647) the merchandise in question was held free of duty as joss stick under paragraph 1703 as claimed.